Donald J. Farley
ISB #1561; djf@powersfarley.com
Mark J. Orler
ISB #7476; mjo@powersfarley.com
POWERS FARLEY, PC
702 West Idaho Street, Suite 700
Boise, ID 83702
Post Office Box 9756
Boise, ID 83707
Telephone: (208) 577-5100
Facsimile: (208) 577-5101
W:\82\82-002\Schwartz v. Keystone\Notice of Removal - Federal.docx

Attorneys for Defendants Keystone Freight Corporation and Leonardo Motta

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JUSTIN R. SCHWARTZ and NIKKI SCHWARTZ, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>KEYSTONE FREIGHT CORP., a foreign corporation; and LEONARDO MOTTA, an individual,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Keystone Freight Corporation and Leonardo Motta ("Defendants") give notice that this matter is hereby removed from the District Court of the Sixth Judicial District of the State of Idaho, Oneida County, Case No. CV36-19-2 to the United States District Court for the District of Idaho.

This case is removable to this Honorable Court pursuant to 28 U.S.C. § 1332 because there is complete diversity between the parties and the amount in controversy, exclusive of interest or costs, exceeds $75,000. (*See* **Exhibit A**, Complaint and Demand for Jury Trial.)

In support of such removal, the Defendants respectfully show the Court the following:

NOTICE OF REMOVAL – 1

## PLEADINGS AND PROCEDURE

1. On January 3, 2019, Plaintiffs Justin and Nikki Schwartz filed a Complaint in the District Court of the Sixth Judicial District, in and for the County of Oneida, State of Idaho, styled *JUSTIN R. SCHWARTZ and NIKKI SCHWARTZ, husband and wife, Plaintiffs, v. KEYSTONE FREIGHT CORP., a foreign corporation; and LEONARDO MOTTA, an individual, Defendants*, Case No. CV36-19-2.

2. Plaintiffs' counsel provided a copy of the Complaint and Demand for Jury Trial ("Complaint") to Defendants' counsel on or about January 17, 2019. To date, the Defendants have not been officially served with the Complaint.

3. This Notice of Removal has been filed within 30 days after initial receipt (allegedly constituting service) of the initial pleading by any Defendant upon which the aforesaid action is based. Removal is, therefore, timely in accordance with 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1446(a) and Local Rule – Civil Rule 81.1(a), a copy of the entire state record, including all process, pleadings, and orders known to and/or served in said civil action, along with a copy of the register of the action, are attached hereto as **Exhibit A**.

5. Intradistrict Assignment: The United States District Court for the District of Idaho is the federal judicial district embracing the District Court for the Sixth Judicial District for the State of Idaho, where the suit was originally filed; therefore, venue is proper under 28 U.S.C. §§ 1441(a) and 1446(a).

6. Notice of Removal is provided to all parties appearing in the action and filed with the Clerk of Court for Oneida County.

7. All procedural requirements for removal have been satisfied.

## DIVERSITY OF CITIZENSHIP

8. As part of their Complaint, Plaintiffs allege that they are husband and wife and reside in Oneida County, Idaho. (*See* Complaint, ¶ 1.)

9. The Complaint alleges Defendant Keystone Freight Corporation "is a foreign corporation with its principal place of business located in North Bergen, New Jersey." (*Id.* at ¶ 2.)

10. The Complaint alleges Defendant Leonardo Motta resides in Salinas, California. (*Id.* at ¶ 3.)

11. Defendants, therefore, meet the diversity of citizenship requirement outlined in 28 U.S.C. § 1332.

## AMOUNT IN CONTROVERSY

12. The matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs. Although Plaintiffs' Complaint does not reference a specific dollar figure seeking to be recovered, the amount in controversy exceeds $75,000 as demonstrated by the following: (1) Plaintiffs' counsel submitted a settlement demand to Defendants' counsel, dated January 17, 2019, demanding well in excess of $75,000 to resolve the matter; (2) the facts of the Complaint on their face demonstrate the amount in controversy exceeds $75,000 given the allegations that this is "a semi-truck versus person collision that occurred on Interstate 15 . . . "; (3) Plaintiffs are seeking damages for "past and future medical expenses; past and future lost wages; past and future loss of household services; for Plaintiff Justin Schwartz's inconvenience, disability, disfigurement, lost enjoyment of life; for Plaintiff Nikki Schwartz's loss of consortium damages; and other damages . . ."; and (4) Plaintiffs allege Idaho's statutory cap on non-economic damages applicable to this matter ($342,030.46) does not apply due to "the willful and reckless misconduct of Defendant Motta . . . " In so alleging, it is clear the amount of non-economic damages being sought by Plaintiffs, on its own, exceeds the amount in controversy requirement. While the Defendants dispute that Plaintiffs are entitled to such relief, the amount in controversy requirement is satisfied, and meets the jurisdictional requirements of the United States District Court for the District of Idaho.

## MISCELLANEOUS

13. A copy of this Notice of Removal is being filed with the District Court of the Sixth Judicial District of the State of Idaho, as provided by law, and written notice is being sent to Plaintiffs' counsel. See **Exhibit B**.

14. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

15. The allegations of this Notice are true and correct and this cause is removable to The United States District Court for the District of Idaho.

## CONCLUSION

16. Wherefore, the Defendants respectfully request that this action be removed to the United States District Court for the District of Idaho.

17. By this Notice of Removal, the Defendants do not waive any objections or defenses it may have to this action, including, but not limited to, improper service of process, lack of personal jurisdiction, or improper venue.

18. The Defendants do not admit any of the allegations in Plaintiffs' Complaint except as specifically admitted herein.

DATED this 14th day of February, 2019.

POWERS FARLEY, PC

By /s/ Mark J. Orler
Donald J. Farley – Of the Firm
Mark J. Orler – Of the Firm
Attorneys for Defendants Keystone Freight
Corporation and Leonardo Motta

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of February, 2019, I caused to be served a true copy of the foregoing **NOTICE OF REMOVAL**, electronically through the CM/ECF system, or by other electronic means, to the following parties or counsel:

Joel A. Beck, joel@idaholaw.us
Ruchti & Beck Law Offices
*Attorney for Plaintiffs*

                                         /s/ Mark J. Orler
                                         Donald J. Farley
                                         Mark J. Orler