**EXHIBIT A**

## Case Information

CV36-19-0002 | Justin Schwartz, Nikki Schwartz Plaintiff, vs. Keystone Freight Corp., Leonardo Motta Defendant.

| | | |
|---|---|---|
| Case Number<br>**CV36-19-0002** | Court<br>**Oneida County District Court** | Judicial Officer<br>**Dunn, Stephen S.** |
| File Date<br>**01/03/2019** | Case Type<br>**AA- All Initial District Court Filings (Not E, F, and H1)** | Case Status<br>**Active - Pending** |

## Party

Plaintiff
**Schwartz, Justin R.**

Inactive Attorneys ▾
**Lead Attorney
Beck, Joel Andrew
Retained**

Plaintiff
**Schwartz, Nikki**

Inactive Attorneys ▾
**Lead Attorney
Beck, Joel Andrew
Retained**

Defendant
**Keystone Freight Corp.**

Defendant
**Motta, Leonardo**

## Events and Hearings

01/03/2019 Initiating Document - District

01/03/2019 Civil Case Information Sheet ▾

Comment
**Case Information Sheet.CONFIDENTIAL**

01/03/2019 Summons Issued ▾

Comment
**Summons (Keystone Freight Corp.)**

01/03/2019 Summons Issued ▾

Comment
**Summons (Leonardo Motta)**

01/03/2019 Complaint For Personal Injury or Other Claims (Over $10,000)
▾

Comment
**Complaint and Demand for Jury Trial**

01/09/2019 Motion ▾

Comment
**Motion to Disqualify Without Cause**

01/09/2019 Order ▾

Comment
**Order to Disqualify Without Cause**

02/11/2019 Order ▾

Comment
**Order of Reference**

## Financial

Schwartz, Justin R.

| | | Total Financial Assessment | $221.00 |
| | | Total Payments and Credits | $221.00 |

| 1/4/2019 | Transaction Assessment | | | $221.00 |
| 1/4/2019 | EFile Payment | Receipt # 00018-2019-R36 | Schwartz, Justin R. | ($221.00) |

Electronically Filed
1/3/2019 5:28 PM
Sixth Judicial Distric, Oneida County
Matthew L. Colton, Clerk of the Court
By: Diane Skidmore, Deputy Clerk

Joel A. Beck (ISB # 6482)
RUCHTI & BECK LAW OFFICES
Oakley Building
1950 E. Clark Street, Suite 200
Pocatello, ID 83201
Telephone: (208) 478-5100
Facsimile: (208) 232-5100
iCourt/E-Service Email: rb-efile@idaholaw.us

*Attorneys for Plaintiffs*

IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT

STATE OF IDAHO, IN AND FOR THE COUNTY OF ONEIDA

| | |
|---|---|
| JUSTIN R. SCHWARTZ and NIKKI SCHWARTZ, husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> KEYSTONE FREIGHT CORP., a foreign corporation; and LEONARDO MOTTA, an individual, <br><br> Defendants. | CASE NO. CV36-19-2 <br><br> **COMPLAINT AND DEMAND FOR JURY TRIAL** <br><br> Fee Category: AA <br> Fee: $221.00 |

        COME NOW Plaintiffs Justin R. Schwartz and Nikki Schwartz, husband and

wife, by and through their attorneys, Ruchti & Beck Law Offices, and for a cause of

action against the above-named Defendants, complain and allege as follows:

### I. PARTIES, JURISDICTION AND VENUE

1.

        Plaintiffs Justin R. Schwartz and Nikki Schwartz are husband and wife and

at all times relevant herein reside in the City of Malad, Oneida County, Idaho.

2.

Defendant Keystone Freight Corp. is a foreign corporation with its principal place of business located in North Bergen, New Jersey. Defendant Keystone Freight Corp. is a "motor carrier" as defined by Idaho Code § 49-115.

3.

Defendant Leonardo A. Motta (hereinafter "Defendant Motta") is an individual who at all relevant times herein resides in Salinas, California.

4.

This is a personal injury action to recover money damages for negligence.

5.

The amount in controversy in this case is greater than $10,000 and greater than the jurisdictional minimum of this Court.

6.

Venue in the Sixth Judicial District of the State of Idaho, in and for the County of Oneida, is proper pursuant to Idaho Code § 5-404.

## II. GENERAL ALLEGATIONS

7.

Plaintiffs replead and incorporate all of the foregoing allegations of this Complaint and Demand for Jury Trial as more fully set forth herein.

8.

On Sunday, January 8, 2017, at approximately 9:50 a.m., a semi-truck versus person collision occurred on Interstate 15 at approximately mile post 20 on the southbound lanes of the freeway in Oneida County, Idaho.

**COMPLAINT AND DEMAND FOR JURY TRIAL - PAGE 2**
[S:\1868-001 SchwarztJ (PI)\Pleadings\Complaint and Demand for JT.wpd]

9.

The truck involved in the subject semi-truck versus person collision was a 2015 White Freightliner Tractor (VIN#3AKJGLBG6FSGC4626) and was pulling a trailer (VIN#1JJV532D1CL728669). Hereinafter the tractor and trailer will be referred to as the "semi-truck". The semi-truck was owned by Defendant Keystone Freight Corp. and operated by Defendant Motta.

10.

The location on Interstate 15 where the subject semi-truck versus person collision occurred consists of a divided freeway with two lanes traveling northbound and two lanes traveling southbound and separated by a median. The posted speed limit for trucks on the highway where the subject semi-truck versus person collision occurred is 70 miles per hour.

11.

At the time of the subject semi-truck versus person collision, Plaintiff Justin Schwartz was working as a deputy for the Oneida County Sheriff and was investigating a rollover crash involving a 2004 GMC Yukon pulling a camper trailer at Interstate 15 on the right west side of the southbound lanes of traffic. Plaintiff Justin Schwartz's patrol vehicle, a 2010 Dodge Ram pickup truck, was parked on the west side of the road edge of the southbound lanes of traffic directly behind the rollover crash. Plaintiff Justin Schwartz was outside his vehicle performing an investigation when the subject truck versus person collision occurred.

12.

At the time of the subject semi-truck versus person collision, Defendant Motta was operating the semi-truck southbound on Interstate 15 and lost control of the semi-truck on the snowy and icy roads and crashed into the patrol vehicle, which then struck Plaintiff Justin Schwartz.

13.

As a result of the subject semi-truck versus person collision, Plaintiff Justin Schwartz sustained personal injuries, and Plaintiffs Justin Schwartz and Nikki Schwartz sustained damages as set forth more fully hereinafter.

### III. CAUSE OF ACTION

### COUNT I - Negligence and Negligence *Per Se*

14.

Plaintiffs replead and incorporate all of the foregoing allegations of this Complaint and Demand for Jury Trial as more fully set forth herein.

15.

At the time of the subject semi-truck versus person collision, Defendant Motta had a duty to operate his vehicle in a safe and reasonable manner to avoid the risk of harming others on the roadway.

16.

At the time of the subject semi-truck versus person collision, Defendant Motta breached his duty to act in a safe manner as to avoid the risk of unreasonable harm to others by driving his truck in a manner that was too fast for the road conditions, and his negligent misconduct caused the subject semi-truck versus person collision.

17.

Defendant Motta's negligent operation of the motor vehicle constitutes negligence *per se* for failing to operate his vehicle in compliance with applicable statutes governing the rules of the road, including, but not limited to, Idaho Code §§ 49-654(1), 49-615, 49-624, 49-625, and 49-1401, and other statutes and regulations including, but not limited to the Federal Motor Safety Carrier Regulations.

18.

As a direct and proximate result of the negligent and negligent *per se* misconduct of Defendant Motta, Plaintiff Justin Schwartz sustained personal injuries, and Plaintiffs sustained damages.

19.

As a direct and proximate result of the negligent and negligent *per se* misconduct of Defendant Motta, Plaintiffs claim damages for past and future medical expenses; past and future lost wages; past and future loss of household services; for Plaintiff Justin Schwartz's inconvenience, disability, disfigurement, lost enjoyment of life; for Plaintiff Nikki Schwartz's loss of consortium damages; and other damages all in such sum as shown by the evidence to be just and reasonable.

### COUNT II - Willful and Reckless Misconduct

20.

Plaintiffs replead and incorporate all of the foregoing allegations of this Complaint and Demand for Jury Trial as more fully set forth herein.

21.

Defendant Motta's conduct at the time of the semi-truck versus person collision described above was such that his conduct was willful, reckless, or otherwise such that the non-economic damages cap set forth in Idaho Code § 6-1603 is not applicable.

22.

As a direct and proximate result of the willful and reckless misconduct of Defendant Motta, Plaintiff Justin Schwartz sustained personal injuries, and Plaintiffs sustained damages.

23.

As a direct and proximate result of the willful and reckless misconduct of Defendant Motta, Plaintiffs claim damages for past and future medical expenses; past and future lost wages; past and future loss of household services; for Plaintiff Justin Schwartz's inconvenience, disability, disfigurement, lost enjoyment of life; for Plaintiff Nikki Schwartz's loss of consortium damages; and other damages all in such sum as shown by the evidence to be just and reasonable.

## COUNT III - Imputed Negligence
### (Defendant Keystone Freight Corp.)

24.

Plaintiffs replead and incorporate the foregoing allegations of this Complaint and Demand for Jury Trial as more fully set forth herein.

25.

At the time and place of the above-described semi-truck versus person collision, Defendant Motta was operating a motor vehicle owned by Defendant Keystone Freight Corp. with the permission, express or implied, of the vehicle owner.

26.

Defendant Keystone Freight Corp., as the owner of the motor vehicle operated by Defendant Motta, is liable to Plaintiffs identified herein for their damages as set forth herein pursuant to Idaho Code § 49-2417 for the negligent, negligent *per se*, and reckless acts and omissions at the time and place of the subject semi-truck versus person collision.

**COUNT IV - Respondeat Superior**

27.

Plaintiffs replead and incorporate the foregoing allegations of this Complaint and Demand for Jury Trial as more fully set forth herein.

28.

At the time and place of the above-described semi-truck versus person collision, Defendant Motta was employed by Defendant Keystone Freight Corp.

29.

Defendant Motta is currently an employee of Defendant Keystone Freight Corp.

30.

Defendant Motta was working within the course and scope of his employment when the subject semi-truck versus person collision occurred rendering Defendant Keystone Freight Corp. liable to Plaintiffs for their personal injury damages as set forth herein for the negligent, negligent *per se*, willful and/or reckless acts and omissions which caused the subject semi-truck versus person collision.

## IV. ATTORNEY FEES, COSTS AND INTEREST

31.

Plaintiffs replead and incorporate all of the foregoing allegations of this Complaint and Demand for Jury Trial as more fully set forth herein.

32.

Plaintiffs have been required to employ the services of the law firm of Ruchti & Beck Law Offices and are entitled to recover reasonable court costs and attorney fees pursuant to Idaho Code § 12-121, the Idaho Rules of Civil Procedure, and other Idaho law.

33.

Plaintiffs are entitled to pre-judgment interest on all items of fixed costs pursuant to Idaho Code § 28-22-104.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for judgment against Defendants as follows:

1.   For judgment against the Defendants for Plaintiffs' damages, including, but not limited to, past and future medical expenses; past and future lost wages; past and future loss of household services; for Plaintiff Justin Schwartz's inconvenience, disability, disfigurement, lost enjoyment of life; for Plaintiff Nikki Schwartz's loss of consortium damages; and other damages all in such sum as shown by the evidence to be just and reasonable;

2.   For attorney fees and reasonable costs pursuant to Idaho Code § 12-121, the Idaho Rules of Civil Procedure and other Idaho law;

3.   For pre-judgment interest on all items of fixed costs pursuant to § 28-22-104; and

4.   For such other relief as the Court may deem just and equitable.

### <u>REQUEST FOR JURY TRIAL</u>

PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL ISSUES.

DATED this ___3rd___ day of January, 2019.

RUCHTI & BECK LAW OFFICES

JOEL A. BECK
*Attorney for Plaintiffs*

Joel A. Beck (ISB # 6482)
RUCHTI & BECK LAW OFFICES
Oakley Building
1950 E. Clark Street, Suite 200
Pocatello, ID 83201
Telephone:  (208) 478-5100
Facsimile:  (208) 232-5100
iCourt/E-Service Email: rb-efile@idaholaw.us

*Attorneys for Plaintiffs*

IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT

STATE OF IDAHO, IN AND FOR THE COUNTY OF ONEIDA

| | |
|---|---|
| JUSTIN R. SCHWARTZ and NIKKI SCHWARTZ, husband and wife, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>KEYSTONE   FREIGHT   CORP.,   a foreign corporation; and LEONARDO MOTTA, an individual, )<br><br>Defendants. ) | CASE NO.   CV36-19-2<br><br>**SUMMONS** |

NOTICE:  YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF(S).  THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.

## TO:  KEYSTONE FREIGHT CORP.

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court at 10 Court Street, Malad, Idaho 83252; 208-766-4116 within 21 days after service of this Summons on you. If you fail to so respond the court may enter judgment against you as demanded by the plaintiff(s) in the Complaint.

SUMMONS - PAGE 1
[S:\1868-001 SchwarztJ (PI)\Pleadings\Summons (Keystone).wpd]

A copy of the Complaint is served with this Summons.  If you wish to seek the advice of or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 2 and other Idaho Rules of Civil Procedure and must also include:

1.   The title and number of this case.

2.   If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3.   Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4.   Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above. To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED: _____Signed: 1/4/2019 09:00 AM_____

CLERK OF THE COURT

(SEAL)

*(Seal: SIXTH JUDICIAL DISTRICT STATE OF IDAHO ONEIDA COUNTY MAGISTRATE DIVISION)*

By: _____Diane Skidmore_____
        Deputy Clerk

**SUMMONS - PAGE 2**
[S:\1868-001 SchwarztJ (PI)\Pleadings\Summons (Keystone).wpd]

Joel A. Beck (ISB # 6482)
RUCHTI & BECK LAW OFFICES
Oakley Building
1950 E. Clark Street, Suite 200
Pocatello, ID 83201
Telephone:  (208) 478-5100
Facsimile:  (208) 232-5100
iCourt/E-Service Email: rb-efile@idaholaw.us

*Attorneys for Plaintiffs*

IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT

STATE OF IDAHO, IN AND FOR THE COUNTY OF ONEIDA

| | |
|---|---|
| JUSTIN R. SCHWARTZ and NIKKI SCHWARTZ, husband and wife,<br><br><br>      Plaintiffs,<br><br>vs.<br><br>KEYSTONE   FREIGHT   CORP.,   a foreign corporation; and LEONARDO MOTTA, an individual,<br><br>      Defendants. | CASE NO. __CV36-19-2__<br><br>**SUMMONS** |

NOTICE:  YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF(S).  THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.

## TO:  **LEONARDO MOTTA**

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court at 10 Court Street, Malad, Idaho 83252; 208-766-4116 within 21 days after service of this Summons on you. If you fail to so respond the court may enter judgment against you as demanded by the plaintiff(s) in the Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advice of or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 2 and other Idaho Rules of Civil Procedure and must also include:

1.  The title and number of this case.

2.  If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3.  Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4.  Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above. To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED: _____Signed: 1/4/2019 08:59 AM_____

(SEAL)

CLERK OF THE COURT

By: _____*Diane Skidmore*_____
        **Deputy Clerk**

**SUMMONS - PAGE 2**
[S:\1868-001 SchwarztJ (PI)\Pleadings\Summons (Motta).wpd]

Electronically Filed
1/9/2019 5:25 PM
Sixth Judicial Distric, Oneida County
Matthew L. Colton, Clerk of the Court
By: Diane Skidmore, Deputy Clerk

Joel A. Beck (ISB # 6482)
RUCHTI & BECK LAW OFFICES
Oakley Building
1950 E. Clark Street, Suite 200
Pocatello, ID 83201
Telephone:  (208) 478-5100
Facsimile:  (208) 232-5100
iCourt/E-Service Email: rb-efile@idaholaw.us

*Attorneys for Plaintiffs*

IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT

STATE OF IDAHO, IN AND FOR THE COUNTY OF ONEIDA

| | |
|---|---|
| JUSTIN R. SCHWARTZ and NIKKI SCHWARTZ, husband and wife,<br><br>       Plaintiffs,<br><br>vs.<br><br>KEYSTONE FREIGHT CORP., a foreign corporation; and LEONARDO MOTTA, an individual,<br><br>       Defendants. | CASE NO. CV36-19-0002<br><br>**PLAINTIFFS' MOTION TO DISQUALIFY WITHOUT CAUSE** |

COME NOW Plaintiffs, by and through their attorneys of record, and respectfully move this Court under Rule 40(a) of the Idaho Rules of Civil Procedure to disqualify the Honorable Stephen S. Dunn in the above-captioned action.

DATED this _9th_ day of January, 2019.

RUCHTI & BECK LAW OFFICES

JOEL A. BECK

**PLAINTIFFS' MOTION TO DISQUALIFY WITHOUT CAUSE - PAGE 1**
[S:\1868-001 SchwarztJ (PI)\Pleadings\Motion to DQ Judge.wpd]

Filed:01/10/2019 13:45:19
Sixth Judicial District, Oneida County
Lon Colton, Clerk of the Court
By: Deputy Clerk -Skidmore, Diane

Joel A. Beck (ISB # 6482)
RUCHTI & BECK LAW OFFICES
Oakley Building
1950 E. Clark Street, Suite 200
Pocatello, ID 83201
Telephone:  (208) 478-5100
Facsimile:  (208) 232-5100
iCourt/E-Service Email: rb-efile@idaholaw.us

*Attorneys for Plaintiffs*

IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT

STATE OF IDAHO, IN AND FOR THE COUNTY OF ONEIDA

| | |
|---|---|
| JUSTIN R. SCHWARTZ and NIKKI SCHWARTZ, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>KEYSTONE FREIGHT CORP., a foreign corporation; and LEONARDO MOTTA, an individual,<br><br>    Defendants. | CASE NO. CV36-19-0002<br><br>**ORDER TO DISQUALIFY WITHOUT CAUSE** |

Pursuant to Plaintiffs' Motion to Disqualify Without Cause on file herein,

IT IS HEREBY ORDERED that the Honorable Stephen S. Dunn is hereby

disqualified as presiding Judge in this action pursuant to Rule 40(a) of the Idaho

Rules of Civil Procedure.

DATED: _____

Signed: 1/10/2019 01:27 PM

_Stephen Adams_

_____
DISTRICT JUDGE


## CLERK'S CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on ____January 10, 2019____, I served a true and correct copy of the above and foregoing document to the following person:

Joel A. Beck
Ruchti & Beck
1950 E. Clark Street, Suite 200
Pocatello, ID 83201

[   ] U.S. Mail, Postage Prepaid
[   ] Hand Delivery
[   ] Overnight Mail
[   ] Facsimile: 208-232-5100
[ x ] iCourt/E-Service:
      rb-efile@idaholaw.us


Signed: 1/10/2019 01:46 PM

_Diane Skidmore_

_____
Deputy Clerk

Filed:02/11/2019 12:55:02
Sixth Judicial District, Oneida County
Lon Colton, Clerk of the Court
By: Deputy Clerk -Skidmore, Diane

IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ONEIDA

* * * * * *

| | |
|---|---|
| JUSTIN R. SWARTZ and NIKKI SCHWARTZ, Husband and wife,<br><br>                Plaintiffs,<br><br>vs<br><br>KEYSTONE FRIEGHT CORP., a foreign Corporation; and LEONARDO MOTTA, An individual,<br><br>                Defendants. | Case No.  CV36-19-002<br><br>**ORDER OF REFERENCE** |

The **HONORABLE STEPHEN S. DUNN**, District Judge, having been disqualified and it appearing that the above entitled matter, for good and sufficient cause, should be referred to some other District Judge of the State of Idaho;

NOW, THEREFORE, IT IS HEREBY ORDERED that the above-entitled matter be and the same is hereby **REFERRED** to the **HONORABLE MITCHELL W. BROWN**, Administrative District Judge for assignment to some other District Judge of the State of Idaho.

IT IS SO ORDERED..

Signed: 2/11/2019 12:34 PM

_____
STEPHEN S. DUNN
District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on the __ day of February, 2019, I mailed/served a true copy of the foregoing document on the attorney(s)/person(s) listed below by the method indicated:

Attorney(s)/Person(s):                                  Method of Service:

Kerry Hong                                               Email
Trial Court Administrator

Joel A. Beck                                             Email
Prosecuting Attorney

Signed: 2/11/2019 12:55 PM

By: _____, Deputy Clerk

ORDER OF REFERENCE - 2

Filed:02/12/2019 12:12:25
Sixth Judicial District, Oneida County
Lon Colton, Clerk of the Court
By: Deputy Clerk -Skidmore, Diane

IN THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ONEIDA

\* \* \* \* \* \*

| | |
|---|---|
| JUSTIN R. SWARTZ and NIKKI SCHWARTZ,) Husband and wife, ) ) Plaintiffs, ) ) vs ) ) KEYSTONE FRIEGHT CORP., a foreign ) Corporation; and LEONARDO MOTTA, ) An individual, ) ) Defendants. ) _____ ) | Case No.  CV36-19-002 ADMINISTRATIVE ORDER OF REFERENCE |

The Honorable Stephen S. Dunn, District Judge, having been disqualified from presiding over this matter;

NOW THEREFORE, IT IS HEREBY ORDERED that the above-entitled matter is hereby REFERRED to the Honorable Mitchell W. Brown for complete resolution.

IT IS SO ORDERED.

Signed: 2/11/2019 08:23 PM

MITCHELL W. BROWN
Administrative District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2019, I mailed/served a true copy of the foregoing document on the attorney(s)/person(s) listed below by the method indicated:

| Attorney(s)/Person(s): | Method of Service: |
| --- | --- |
| Honorable Stephen S. Dunn | Email |
| Kerry Hong<br>Trial Court Administrator | Email |
| Joel A. Beck<br>Counsel for the Plaintiff's | Email |

Signed: 2/12/2019 12:13 PM

By: _____ , Deputy Clerk

ADMINISTRATIVE ORDER OF REFERENCE - 2