UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JUSTIN R. SCHWARTZ and NIKKI SCHWARTZ, husband and wife,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>KEYSTONE FREIGHT CORP., a foreign corporation; and LEONARDO MOTTA, an individual,<br><br>　　　　　Defendants. | Case No.  4:19-cv-00057-DCN<br><br>**JUDGMENT** |

JUDGMENT IS ENTERED AS FOLLOWS:

The above-entitled action is DISMISSED WITH PREJUDICE, with all parties bearing their own costs and attorney's fees.

DATED: September 23, 2019

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT – 1